```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 22743
    MERCEDEZ C BANKS
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-3980


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/04/2007 and was confirmed 01/30/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   5.00%.

     The case was dismissed after confirmation 02/04/2009.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
COMMONWEALTH EDISON         UNSECURED         1495.50           .00           .00
CREDIT ACCEPTANCE CORP      SECURED VEHIC     3025.00        323.89       1353.19
CERTEGY                     UNSECURED        NOT FILED          .00           .00
ZENITH ACQUISITION          NOTICE ONLY      NOT FILED          .00           .00
ASSET ACCEPTANCE LLC        UNSECURED         1900.00           .00           .00
AT & T BANKRUPCTY           UNSECURED        NOT FILED          .00           .00
WEST ASSET MANAGEMENT       NOTICE ONLY      NOT FILED          .00           .00
COM ED EXELON CORPORATIO    UNSECURED        NOT FILED          .00           .00
COUNTRY DOOR                UNSECURED          703.52           .00           .00
PREMIER BANKCARD            UNSECURED          431.75           .00           .00
GINNYS                      UNSECURED          383.59           .00           .00
LINEBARGER GOGAN BLAIR &    UNSECURED        NOT FILED          .00           .00
MIDLAND CREDIT MANAGEMEN    UNSECURED        NOT FILED          .00           .00
PEOPLES GAS LIGHT & COKE    UNSECURED         1382.87           .00           .00
RIDDLE & ASSOCITES          UNSECURED        NOT FILED          .00           .00
DIRECTV                     NOTICE ONLY      NOT FILED          .00           .00
JEFFERSON CAPITAL SYSTEM    UNSECURED          546.93           .00           .00
SAGE TELECOM INC            UNSECURED          406.47           .00           .00
SAGE TELECOM INC            NOTICE ONLY      NOT FILED          .00           .00
CFC FINANCIAL CORPORATIO    UNSECURED        NOT FILED          .00           .00
SBC AMERITECH               NOTICE ONLY      NOT FILED          .00           .00
TALK AMERICA                UNSECURED        NOT FILED          .00           .00
JEFFERSON CAPITAL SYSTEM    UNSECURED         1110.64           .00           .00
JOHN H REDFIELD             NOTICE ONLY      NOT FILED          .00           .00
CITY OF CHICAGO PARKING     UNSECURED         7820.00           .00           .00
PORTFOLIO RECOVERY ASSOC    UNSECURED         2707.57           .00           .00
CREDIT ACCEPTANCE CORP      UNSECURED         2536.44           .00           .00
LEGAL ASSISTANCE FOUNDAT    DEBTOR ATTY          .00                          .00
TOM VAUGHN                  TRUSTEE                                        138.92
DEBTOR REFUND               REFUND                                            .00

          Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 22743 MERCEDEZ C BANKS
```

```
-------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                 1,816.00

PRIORITY                                            .00
SECURED                                        1,353.19
    INTEREST                                     323.89
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                             138.92
DEBTOR REFUND                                       .00
                      ---------------     ---------------
TOTALS                  1,816.00               1,816.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                             /s/ Tom Vaughn
     Dated: 03/05/09         _____
                             TOM VAUGHN
                             CHAPTER 13 TRUSTEE










                         PAGE   2
          CASE NO. 07 B 22743 MERCEDEZ C BANKS